UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
SEP 11 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07-300 93 |
| ) | Violations: 18 U.S.C. § 922(g)(1) |
| ALBRONCO READUS, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

THE GRAND JURY CHARGES:

On or about on July 30, 2007, at Springfield, in the Central District of Illinois,

**ALBRONCO READUS,**

the defendant herein, having previously been convicted of the offense of armed violence (No. 94CR-17448) and possession of a controlled substance (No. 97CR-20766), crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is a Colt 32 caliber semi-automatic handgun bearing serial number 262975.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL,

s/ Foreperson
_____
FOREPERSON

s/ John Childress, FAUSA for
_____
RODGER A. HEATON
UNITED STATES ATTORNEY

GMG