SEALED

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )   **WARRANT FOR ARREST**
   Plaintiff )

vs )

ALBRONCO READUS )   CASE NO. 07-30093-001
10611 Perry )
Chicago, IL )
   Defendant )

**FILED**
SEP 2 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2007 SEP 13 A 9:46 US MARSHALS SERVICE CENTRAL ILLINOIS

TO:  THE U. S. MARSHAL and any
    AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Albronco Readus, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with being a felon in possession of a firearm in violation of Title 18, United States Code, Section(s) 922(g)(1).

JOHN M. WATERS         CLERK U.S. DISTRICT COURT
Name of Issuing Officer     Title of Issuing Officer

s/John M. Waters
_____     September 12, 2007 at Springfield, Illinois
Signature of Issuing Officer    Date and Location

**Bail fixed at $ No Bail/Bond by US Magistrate Judge Byron Cudmore.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Springfield, IL

| Date Received 9/13/07 | Name of Arresting Officer Tom Dart | Signature of Arresting Officer |
| Date of Arrest 9/18/07 | Title of Arresting Officer Special Agent | [signed] |