E-FILED
Wednesday, 26 September, 2007 05:13:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-30093 |
| ) | |
| ALBRONCO READUS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO VACATE PRETRIAL CONFERENCE AND SET FOR
CHANGE OF PLEA HEARING**

NOW COMES the Defendant, ALBRONCO READUS, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to vacate the final pre-trial conference, and set the case for a change of plea hearing at the next available opportunity. In support thereof, defendant states as follows:

1. This case is set for a final pre-trial conference on Monday, October 29, 2007 at 11:00 a.m., and for trial on November 6, 2007 at 9:00 a.m.;

2. Defendant has indicated that he has had enough time to review the evidence and to discuss the case with his attorney, and that he intends to plead guilty by open plea;

3. Defendant consents to U.S. Magistrate Judge jurisdiction for the change of plea hearing;

4. The Defendant is held at Sangamon County jail;

5. The Government by AUSA Greg Gilmore has no objections to setting the case for a change of plea before the U.S. Magistrate Judge;

WHEREFORE, the defendant ALBRONCO READUS, prays that this Honorable Court set the case for a change of plea hearing at the next available date.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:  s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Greg Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:  s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org