E-FILED
Monday, 28 January, 2008  03:55:18 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL No: 07-30093 |
| Albronco Readus, | ) |
| Defendant. | ) |

### PETITION FOR WRIT OF HABEAS
### CORPUS AD PROSEQUENDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gregory M. Gilmore, Assistant United States Attorney, respectfully show to this Honorable Court that defendant Albronco Readus, Inmate #15362-026, date of birth March 5, 1976, is now confined in the Sangamon County Jail, Springfield, Illinois, in the custody of the Warden thereof.

That Albronco Readus's appearance is necessary in connection with the hearing in the above-captioned case which is scheduled to begin at 2:30 p.m. on February 22, 2008.

That, in the interest of all parties, it is necessary that Albronco Readus be transported to the Central District of Illinois and be produced at the Federal Building at 600 East Monroe Street, Springfield, Illinois by the hour of 2:30 p.m. on February 22, 2008.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, commanding them to transport Albronco Readus to the Central District of Illinois, and to produce him in the Federal Building at 600

East Monroe Street, Springfield, Illinois, by the hour of 2:30 p.m. on February 22, 2008 to testify at the hearing in the above-captioned case and as necessary on any date thereafter.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

    s/ Gregory M. Gilmore
    Gregory M. Gilmore, Reg. No. 06217499
    U.S. Attorney's Office
    318 South 6th Street
    Springfield, IL   62701
    Telephone: 217/492-4450
    greg.gilmore@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL No: 07-30093 ) |
| Albronco Readus, | ) ) |
| Defendant. | ) |

## O R D E R

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Albronco Readus, Inmate #15362-026, date of birth March 5, 1976, is presently incarcerated in the Sangamon County Jail, Springfield, Illinois and it further appearing that the said Albronco Readus is the defendant in this cause and his appearance is necessary in connection with the hearing in the above cause at 2:30 p.m. on February 22, 2008.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Albronco Readus to the Central District of Illinois and to produce him in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 2:30 p.m. on February 22, 2008, and on any date necessary for hearing and from day to day thereafter until he shall have been released.

_____
BYRON G. CUDMORE
United States Magistrate Judge

ENTERED: This _____ day of January 2008.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL No: 07-30093 |
| Albronco Readus, | ) |
| Defendant. | ) |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The Warden of Sangamon County Jail
      U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Albronco Readus, Inmate #15362-026, date of birth March 5, 1976, to the Central District of Illinois, and to produce Albronco Readus in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 2:30 p.m. on February 22, 2008, and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Albronco Readus to the Sangamon County Jail, Springfield, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Pamela E. Robinson, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this _____ day of January 2008.

_____
PAMELA E. ROBINSON, Clerk
United States District Court
for the Central District of Illinois