IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL No: 07-30093 |
| | ) |
| Albronco Readus, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Albronco Readus, Inmate #15362-026, date of birth March 5, 1976, is presently incarcerated in the Sangamon County Jail, Springfield, Illinois and it further appearing that the said Albronco Readus is the defendant in this cause and his appearance is necessary in connection with the hearing in the above cause at 2:30 p.m. on February 22, 2008.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Albronco Readus to the Central District of Illinois and to produce him in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 2:30 p.m. on February 22, 2008, and on any date necessary for hearing and from day to day thereafter until he shall have been released.

s/ Byron G. Cudmore
BYRON G. CUDMORE
United States Magistrate Judge

ENTERED: This 29th day of January 2008.