## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL No: 07-30093 |
| Albronco Readus, | ) |
| Defendant. | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The Warden of Sangamon County Jail
      U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

    We command you, the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Albronco Readus, Inmate #15362-026, date of birth March 5, 1976, to the Central District of Illinois, and to produce Albronco Readus in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 2:30 p.m. on February 22, 2008, and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Albronco Readus to the Sangamon County Jail, Springfield, Illinois, under safe and secure conduct, and have you then and there this Writ.

    WITNESS the Honorable Pamela E. Robinson, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this _____ day of January 2008.

_____
PAMELA E. ROBINSON, Clerk
United States District Court
for the Central District of Illinois