IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL No: 07-30093 |
| | ) |
| Albronco Readus, | ) |
| | ) |
| Defendant. | ) |

FILED
FEB 29 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   The Warden of Sangamon County Jail
      U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

    We command you, the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Albronco Readus, Inmate #15362-026, date of birth March 5, 1976, to the Central District of Illinois, and to produce Albronco Readus in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 2:30 p.m. on February 22, 2008, and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Albronco Readus to the Sangamon County Jail, Springfield, Illinois, under safe and secure conduct, and have you then and there this Writ.

    WITNESS the Honorable Pamela E. Robinson, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this __29th__ day of January 2008.

                                                  s/Pamela E. Robinson
                                                 PAMELA E. ROBINSON, Clerk
                                                 United States District Court
                                                 for the Central District of Illinois

E-FILED
Tuesday, 29 January, 2008 01:54:55 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL No: 07-30093 |
| Albronco Readus, | ) ) ) |
| Defendant. | ) ) |

### ORDER

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Albronco Readus, Inmate #15362-026, date of birth March 5, 1976, is presently incarcerated in the Sangamon County Jail, Springfield, Illinois and it further appearing that the said Albronco Readus is the defendant in this cause and his appearance is necessary in connection with the hearing in the above cause at 2:30 p.m. on February 22, 2008.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Albronco Readus to the Central District of Illinois and to produce him in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 2:30 p.m. on February 22, 2008, and on any date necessary for hearing and from day to day thereafter until he shall have been released.

s/ Byron G. Cudmore
BYRON G. CUDMORE
United States Magistrate Judge

ENTERED: This 29th day of January 2008.

I have partially executed this writ by taking custody of the within named READUS, Albronco
at SANGAMON County Jail
on 02/22/2008 and transported him to the FED BLDG at Springfield
on 02/22/2008.

U. S. MARSHAL, Steven Deatherage

_Alex J. Stacy_
DEPUTY U. S. MARSHAL

I have partially executed this writ by taking custody of the within named _____
at _____
on _____ and transported him to the _____ at _____
on _____.

U. S. MARSHAL,

_____
DEPUTY U. S. MARSHAL