E-FILED
Tuesday, 11 March, 2008  03:32:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL No: 07-30093 |
| | ) | |
| Albronco Readus, | ) | |
| | ) | |
| Defendant. | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: The Warden of Sangamon County Jail
U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Sangamon County Jail, Springfield, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Albronco Readus, Inmate #15362-026, date of birth March 5, 1976, to the Central District of Illinois, and to produce Albronco Readus in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 3:00 p.m. on January 28, 2008, and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Albronco Readus to the Sangamon County Jail, Springfield, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Pamela E. Robinson, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this ___28th___ day of January 2008.

_____
PAMELA E. ROBINSON, Clerk
United States District Court
for the Central District of Illinois

I have partially executed this writ by taking custody of the within named Albronco Readus at Sangamon Co. Jail on 1-28-08 and transported him to the Federal Bldg, at 600 E. Monroe, Spfld, IL on 1-28-08.

U. S. MARSHAL,

_____
DEPUTY U. S. MARSHAL

I have partially executed this writ by taking custody of the within named Albronco Readus at Federal Bldg. - Spfld, IL on 1-28-08 and transported him to the Sangamon Co. Jail at 9th St- Spfld, IL on 1-28-08.

U. S. MARSHAL,

_____
DEPUTY U. S. MARSHAL